SO ORDERED.

SIGNED this 24 day of July, 2023.

_____
**David M. Warren**
**United States Bankruptcy Judge**

_____

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
### RALEIGH DIVISION

IN RE:

BARRY WALTER,    CASE NO. 21-02189-5-DMW
                 CHAPTER 13

   DEBTOR

## CONSENT ORDER DENYING CHAPTER 13 TRUSTEE'S MOTION TO DISMISS WITH CONDITIONS

**THIS CAUSE** comes before the Court on the Trustee's Motion to Dismiss (DE #58) and the Debtor's Response (DE #59). The Debtor and the Chapter 13 Trustee agree to resolve the matter scheduled and noticed for hearing on June 27, 2023, according to the following terms:

**NOW THEREFORE, IT IS ORDERED** that beginning July 1, 2023, the Debtor is to resume the regular monthly payments of $825.00; and in addition to the regular monthly payments the Debtor is to remit cure payments in the amount of $320.00 totaling $1,145.00 each month to the Chapter 13 Trustee for six (6) consecutive months; and if the Chapter 13 Trustee fails to receive the regular monthly payments along with the cure payments within thirty (30) days of the due date for a period of six (6) months from July 1, 2023, through December 1, 2023, this case may be dismissed upon the Trustee's notification to the Court, without further notice or hearing; and subject to the foregoing, the Trustee's Motion to Dismiss is denied.

*[signatures on following page]*

Consent Order Denying Chapter 13 Trustee's<br>
Motion to Dismiss with Conditions<br>
Barry Walter<br>
CASE NO. 21-02189-5-DMW

**IN CONSENT**:

| | |
|---|---|
| /s/ *Travis Sasser* | /s/ *Michael B. Burnett, Trustee* |
| Travis Sasser, State Bar No. 26707 | Michael B. Burnett, |
| Attorney for Debtor | State Bar No. 42719 |
| 2000 Regency Parkway, 230 | Chapter 13 Trustee |
| Cary, NC 27518 | PO Box 61039 |
| 919-319-7400 (ph) | Raleigh, NC 27661 |
| travis@sasserbankruptcy.com | 919-876-1355 |
| | mburnett@ralch13.com |

End of Document